**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00352-CV

### BRYAN TAYLOR AND MELISSA TAYLOR, Appellants

### V.

### BAYLOR SCOTT & WHITE MEDICAL CENTER-FRISCO, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12792**

### ORDER

Before the Court is appellants' August 27, 2020 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **September 18, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE